**DISMISS; and Opinion Filed July 8, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00361-CV

### KEVIN WEAVER, Appellant
### V.
### SCOTT HORTON AND PAM HORTON, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03130**

## MEMORANDUM OPINION
Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice O'Neill

The filing fee in this case is overdue. By postcard dated March 21, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the fee within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. By postcard dated June 12, 2014, we again notified appellant the $195 filing fee was due. We directed appellant to remit the fee within ten days and again cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tᴇx. R. Aᴘᴘ. P. 37.3(b); 42.3(b), (c).


        /Michael J. O'Neill/
        MICHAEL J. O'NEILL
        JUSTICE


140361F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KEVIN WEAVER, Appellant

No. 05-14-00361-CV      V.

SCOTT HORTON AND PAM HORTON,
Appellees

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-03130.
Opinion delivered by Justice O'Neill.
Justices Moseley and Lang-Miers
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees SCOTT HORTON AND PAM HORTON recover their costs of this appeal from appellant KEVIN WEAVER.

Judgment entered this 8th day of July, 2014.